POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| NEAL S. SALISIAN, SBN: 240277; JARED T. DENSEN, SBN: 325164<br>SALISIAN \| LEE LLP<br>550 South Hope Street, Suite 750<br>Los Angeles, Ca 90071<br>TELEPHONE NO.: (949) 399-6303   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* neal.salisian@salisianlee.com<br>ATTORNEY FOR *(Name):* Ameris Bank d/b/a Balboa Capital | |
| United States District Court Central District of California Southern Division<br>STREET ADDRESS: 411 W. 4th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Southern Division | |
| PLAINTIFF/PETITIONER: Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation<br>DEFENDANT/RESPONDENT: Insomnia 888, Corp., an Illinois domestic corporation; et al. | CASE NUMBER:<br>8:24-cv-01991 MWF (JDEx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* see attachment mc-025

3. a. Party served *(specify name of party as shown on documents served):* Slobodan Brakovic, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 1340 Remington Road, Suite K, Schaumburg, IL 60173

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*

   b. [x] **by substituted service.** On *(date):* 01/14/2025  at *(time):* 12:09 p.m.  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Elizabeth Sicilian Riefenberg, an Employee of Insomnia 888, Corp., an Illinois domestic corporation

   (1) [x] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [x] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 1/15/2025  from *(city):* San Juan Capistrano  or [ ] a declaration of mailing is attached.

   (5) [x] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

**POS-010**

| PLAINTIFF/PETITIONER: Ameris Bank, a Georgia state-chartered banking corporation doing business as Balboa Capital Corporation<br>DEFENDANT/RESPONDENT: Insomnia 888, Corp., an Illinois domestic corporation; et al. | CASE NUMBER:<br>8:24-cv-01991 MWF (JDEx) |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                              (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: Michael Lynch
   b. Address: P.O. Box 5241, Wheaton, Illinois 60189
   c. Telephone number: (800) 274-9864
   d. **The fee** for service was: $764.39
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 1/22/2025

Michael Lynch
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ */s/ Michael Lynch*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

| Attorney or Party without Attorney: | TELEPHONE No.: (949) 399-6303 | FOR COURT USE ONLY |
|---|---|---|
| NEAL S. SALISIAN (SBN: 240277)<br>JARED T. DENSEN (SBN: 325164)<br>SLISIAN \| LEE LLP<br>550 SOUTH HOPE ST, SUITE 750<br>LOS ANGELES, CA 90071 | FAX No. (Optional):<br>E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com | |
| Attorney for: Ameris Bank d/b/a Balboa Capital | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

Plaintiff: Ameris Bank, a Georgia State-chartered banking corporation, d/b/a Balboa Capital Corporation

Defendant: Insomnia 888, Corp., an Illinois domestic corporation; et al.

| DEC OF DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:24-cv-01991 MWF (JDEx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Slobodan Brakovic, an individual**

Documents: Summons; Complaint; Civil Case Cover Sheet; ADR; Complaint Exhibit A & B; Order of the Chief Judge; Certification and Notice of Interested Parties; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judge; Notice to Parties of Court-Directed ADR Program; Standing Order Regarding Newly Assigned Cases

| Date | Time | Results |
|---|---|---|
| 01/10/25 | 8:30 AM | NO ANSWER.<br>284 Mimosa Lane, Elk Grove Village, IL 60007 |
| 01/13/25 | 8:35 AM | AN UNIDENTIFIED FEMALE STATED THAT THE SUBJECT NO LONGER LIVED AT THIS ADDRESS.<br>284 Mimosa Lane, Elk Grove Village, IL 60007 |
| 01/13/25 | 12:11 PM | LEASING COMPANY CONFIRMED THE SUBJECT'S RESIDENCE. NO ANSWER.<br>1425 Ellinwood Street, Unit 311, Des Plaines, IL 60016 |
| 01/13/25 | 8:19 PM | NO ANSWER.<br>1425 Ellinwood Street, Unit 311, Des Plaines, IL 60016 |
| 01/14/25 | 9:13 AM | NO ANSWER.<br>1425 Ellinwood Street, Unit 311, Des Plaines, IL 60016 |
| 01/14/25 | 12:09 PM | ELIZABETH SICILIAN RIEFENBERG, an Employee of Insomnia 888, Corp., ACCEPTED SERVICE DOCUMENTS ON BEHALF OF SLOBODAN BRAKOVIC, an Individual, at 1340 Remington Road, Suite K, Schaumburg, IL 60173 |

Name: Michael Lynch
Address/Phone number
P.O. Box 60189
Wheaton, Illinois 60189/(800)274-9864

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/22/2025.

Signature: _____
(Signature of Declarant)

**DEC OF DILIGENCE**