1
2
3
4
5
6
7
8
9
10
11
12
13

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INSOMNIA 888, CORP., an Illinois domestic corporation; and SLOBODAN BRAKOVIC, an individual,<br><br>Defendants. | Case No. 8:24-cv-01991-MWC (JDEx)<br><br>**JUDGMENT**<br><br>**JS-6** |

# JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Insomnia 888, Corp. ("Insomnia 888"), and Slobodan Brakovic ("Brakovic") (collectively, "Defendants"), jointly and severally, in the total amount of **$327,014.07**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $291,312.00, on the Equipment Financing Agreement 380116-000 (the "EFA");

   b. Attorneys' fees in the amount of $9,426.24 on the EFA;

   c. Prejudgment interest in the amount of $24,342.05, at the statutory rate of ten percent (10%) per annum, from June 17, 2024 (the date of breach), to April 17, 2025 (the date judgment was entered), on the EFA; and

   d. Costs in the amount of $1,933.78.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: April 25, 2025

_____
HON. MICHELLE WILLIAMS COURT
JUDGE OF THE US DISTRICT COURT